

# NUMBER 13-19-00626-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

JOSE LUIS GARCIA JR.,                                                           Appellant,

v.

THE STATE OF TEXAS,                                                           Appellee.

---

### On appeal from the 398th District Court
### of Hidalgo County, Texas.

---

# ORDER TO FILE STATE'S BRIEF

### Before Chief Justice Contreras and Justices Benavides and Silva
### Order Per Curiam

This cause is currently before the Court on the State's fourth motion for extension of time to file the brief. Appellant's brief was filed on February 2, 2021, and the State's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(b). This Court previously granted the State three extensions of time totaling 162 days to file the

brief, and the State now seeks an additional 60 days, until October 12, 2021, to file the brief.

The Court grants in part and denies in part the state's fourth motion for extension to file the brief and orders the Honorable Gocha A. Ramirez, by and through his assistant district attorney, the Honorable Judith A. Solis, to file the state's brief on or before September 1, 2021. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of August, 2021.